Paul La France, Respondent, v. Post & Henderson Company, Appellant.— Judgment and order affirmed, with costs.   All concurred.